# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Dennis Z. Mrowicki | § | Case No. 16-03378 |
| Kristine A. Mrowicki | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/04/2016 .  The undersigned trustee was appointed on 02/04/2016 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                  $          22,000.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 5,742.51 |
| Bank service fees | 667.48 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $          15,590.01 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  09/28/2016  and the deadline for filing governmental claims was  09/28/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,950.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 2,950.00 , for a total compensation of $ 2,950.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 29.64 , for total expenses of $ 29.64 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 03/13/2019                    By:/s/Joji Takada, Chapter 7 Trustee
                                        Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

Case 16-03378   Doc 51   Filed 03/21/19   Entered 03/21/19 15:53:13   Desc Main
Document   Page 3 of 13

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | |
|---|---|---|
| Case No: | 16-03378   BWB   Judge:   Bruce W. Black | Trustee Name:   Joji Takada, Chapter 7 Trustee |

| | | |
|---|---|---|
| Case Name: | Dennis Z. Mrowicki | Date Filed (f) or Converted (c):   02/04/2016 (f) |
| | Kristine A. Mrowicki | 341(a) Meeting Date:   02/29/2016 |
| For Period Ending: | 03/13/2019 | Claims Bar Date:   09/28/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined<br>by Trustee, Less<br>Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered<br>(FA)/<br>Gross Value of<br>Remaining Assets |
| 1. License Franchises Other General Intangibles<br><br>Mrowicki vs. Denler (LaSalle County - 11 LM 35)<br>pending over 4<br>years as disputed - (subject to counter-claim and<br>disputed_ | 28,000.00 | 14,000.00 | | 14,000.00 | FA |
| 2. Vehicle<br><br>2012 GMC Yukon 50900 miles | 35,000.00 | 11,600.00 | | 8,000.00 | FA |
| 3. Real Estate<br><br>Bridget Terrace Utica, IL 61373 La<br>Salle County | 420,000.00 | 0.00 | | 0.00 | 0.00 |
| 4. Household Goods Furnishings<br><br>8 rooms of furniture, appliances, electronics &<br>Kitchenware<br>averaging in excess of 9 yrs of age | 875.00 | 875.00 | | 0.00 | 0.00 |
| 5. Electronics<br><br>2 flatscreens (large)<br>2 small flatscreens<br>Regular TV | 350.00 | 350.00 | | 0.00 | 0.00 |
| 6. Equipment for sports and hobbis<br><br>Bike | 0.00 | 0.00 | | 0.00 | 0.00 |
| 7. Wearing Apparel | 325.00 | 325.00 | | 0.00 | 0.00 |
| 8. Jewelry<br><br>wedding rings and asserted minor jewelry<br>(Costume) $450.00 | 450.00 | 450.00 | | 0.00 | 0.00 |
| 9. Animals<br><br>dog (Yorkie-fixed) (11 yrs old) $20.00 | 20.00 | 20.00 | | 0.00 | 0.00 |
| 10. Other Misc Personal Property<br><br>Pool (included with house) value as fixture<br>Hot tub (not operational) (over 8 years of age)<br>(est.) | 250.00 | 250.00 | | 0.00 | 0.00 |
| 11. Cash<br><br>Cash $50.00 | 50.00 | 50.00 | | 0.00 | 0.00 |
| 12. Bank Account<br><br>17.1. checking 1st State Bank (est) Debtor<br>$150.00<br>17.2. checking 1st State Bank (est) (Co-Debtor)<br>$100.00<br>17.3. business checking 1st State Bank (included<br>below #19) $0.00 | 250.00 | 250.00 | | 0.00 | 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 16-03378 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|

| Case Name: | Dennis Z. Mrowicki | | Date Filed (f) or Converted (c): | 02/04/2016 (f) |
|---|---|---|---|---|
| | Kristine A. Mrowicki | | 341(a) Meeting Date: | 02/29/2016 |
| For Period Ending: | 03/13/2019 | | Claims Bar Date: | 09/28/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13. | Stock LLC Membership Interest<br><br>D. K. Mrowicki (includes Bank account) (Debtor) 100 % $1,000.00 | 1,000.00 | 1,000.00 | | 0.00 | 0.00 |
| 14. | IRA ERISA Keough Pension Profit Sharing Plan<br><br>Pension (est) Carpenter Local 195 $2,100.00 | 2,100.00 | 2,100.00 | | 0.00 | 0.00 |
| 15. | Insurance Policy<br><br>Pekin Insurance (term) spouse $0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 16. | Vehicle<br><br>2012 GMC Yukon 50,900 miles (partially liened) | 35,000.00 | 25,475.00 | | 0.00 | 25,475.00 |
| INT. | Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $523,670.00     $56,745.00          $22,000.00     $25,475.00

(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Reviewing breach of contract litigation and equity in vehicle. - Joji Takada 3/2/2016

Settled litigation claim with defendant and equity in vehicle with debtor; Motion to approve in process. - Joji Takada 6/28/2016

Consulting with accountant re: estate tax returns.  - Joji Takada 11/28/2016

Consulting with accountant re: estate tax returns;Communicate with IRS re: secured claim. - Joji Takada 2/8/2017

Communicate with IRS re: secured claim. - Joji Takada 7/14/2017

Communicate with IRS re: secured claim; Hire accountant re: tax returns. - Joji Takada 11/24/2017

Prepare TFR for UST review. - Joji Takada 3/28/2018

Follow up with IRS re: unpaid taxes. - Joji Takada 6/16/2018

Prepare TFR. - Joji Takada 11/26/2018

Initial Projected Date of Final Report (TFR): 12/30/2017          Current Projected Date of Final Report (TFR): 06/30/2019

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

FORM 2   Page 5 of 13

| | |
|---|---|
| Case No: 16-03378 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Dennis Z. Mrowicki | Bank Name: Associated Bank |
| Kristine A. Mrowicki | Account Number/CD#: XXXXXX0338 |
| | Checking |
| Taxpayer ID No: XX-XXX4168 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/13/2019 | Separate Bond (if applicable): |

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/23/16 | 2 | Dennis Mrowicki | Settlement payment Installment re buyout of vehicle equity | 1129-000 | $5,000.00 | | $5,000.00 |
| 09/23/16 | 2 | Dennis Mrowicki | Settlement payment Final payment re buyout of equity in vehicle | 1129-000 | $3,000.00 | | $8,000.00 |
| 09/23/16 | 1 | Lin Denler | Settlement payment Settlement re breach of contract claim | 1149-000 | $7,000.00 | | $15,000.00 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $14,990.00 |
| 10/14/16 | 1 | Auto Owners Insurance | Settlement payment re breach of contract claim | 1149-000 | $7,000.00 | | $21,990.00 |
| 10/26/16 | 1001 | Leynaud and Leynaud 1200 38th St Peru, IL 61354 Attn: George Leynaud | Payment to trustee professional Contingency fee to special counsel | 3210-000 | | $4,666.67 | $17,323.33 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.10 | $17,295.23 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.88 | $17,270.35 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.68 | $17,244.67 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.64 | $17,219.03 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.12 | $17,195.91 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.56 | $17,170.35 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.70 | $17,145.65 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.49 | $17,120.16 |

Page Subtotals:     $22,000.00     $4,879.84

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 16-03378 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Dennis Z. Mrowicki | Bank Name: Associated Bank |
| Kristine A. Mrowicki | Account Number/CD#: XXXXXX0338 |
| | Checking |
| Taxpayer ID No: XX-XXX4168 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/13/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.63 | $17,095.53 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.42 | $17,070.11 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.38 | $17,044.73 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.52 | $17,020.21 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.30 | $16,994.91 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.45 | $16,970.46 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.23 | $16,945.23 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.19 | $16,920.04 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.72 | $16,897.32 |
| 03/08/18 | 1002 | Department of Treasury Internal Revenue Service Center Cincinnati, Ohio 45999-0039 | Distribution Estate tax liability | 2810-000 | | $585.00 | $16,312.32 |
| 03/08/18 | 1003 | Illinois Department of Revenue PO Box 19053 Springfield, Illinois 62794-9053 | Distribution Estate tax liability | 2820-000 | | $461.00 | $15,851.32 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.27 | $15,827.05 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.77 | $15,804.28 |

Page Subtotals:     $0.00     $1,315.88

### FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 16-03378 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Dennis Z. Mrowicki | Bank Name: Associated Bank |
| Kristine A. Mrowicki | Account Number/CD#: XXXXXX0338 |
| | Checking |
| Taxpayer ID No: XX-XXX4168 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/13/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/07/18 | 1004 | Illinois Department of Revenue PO Box 19053 Springfield, Illinois 62794-9053 | Distribution | 2820-000 | | $29.84 | $15,774.44 |
| 06/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.47 | $15,750.97 |
| 07/09/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.66 | $15,728.31 |
| 08/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.39 | $15,704.92 |
| 09/10/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.35 | $15,681.57 |
| 10/05/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.57 | $15,659.00 |
| 11/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.28 | $15,635.72 |
| 12/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.50 | $15,613.22 |
| 01/08/19 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.21 | $15,590.01 |

| | | |
|---|---|---|
| COLUMN TOTALS | $22,000.00 | $6,409.99 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $22,000.00 | $6,409.99 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $22,000.00 | $6,409.99 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $214.27 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0338 - Checking | $22,000.00 | $6,409.99 | $15,590.01 |
| | $22,000.00 | $6,409.99 | $15,590.01 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $22,000.00 |
| Total Gross Receipts: | $22,000.00 |

Page Subtotals:    $0.00    $0.00

Exhibit C
## ANALYSIS OF CLAIMS REGISTER

Case Number: 16-03378                                                                                          Date: March 13, 2019
Debtor Name: Dennis Z. Mrowicki
Claims Bar Date: 9/28/2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $2,950.00 | $2,950.00 |
| 100 2200 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $29.64 | $29.64 |
| 100 2810 | Department of Treasury<br>Internal Revenue Service Center<br>Cincinnati, Ohio 45999-0039 | Administrative | | $0.00 | $585.00 | $585.00 |
| 100 2820 | Illinois Department of Revenue<br>PO Box 19053<br>Springfield, Illinois 62794-9053 | Administrative | | $0.00 | $490.84 | $490.84 |
| 100 3210 | Leynaud and Leynaud<br>1200 38th St<br>Peru, IL 61354<br>Attn: George Leynaud | Administrative | | $0.00 | $4,666.67 | $4,666.67 |
| 100 3410 | Callero and Callero LLP<br>7800 North Milwaukee Avenue<br>Niles, Illinois 60714<br>Attn: Ryan Matsui | Administrative | | $0.00 | $856.00 | $856.00 |
| 2 280 5800 | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, Pa 19114 | Priority | | $0.00 | $63,453.06 | $63,453.06 |
| 1 300 7100 | Advanta Bank Corporation<br>Resurgent Capital Services<br>Po Box 10368<br>Greenville, Sc 29603-0368 | Unsecured | | $0.00 | $6,712.92 | $6,712.92 |
| 3 300 7100 | Bank Of America, N.A.<br>Po Box 31785<br>Tampa, Fl 33631-3785 | Unsecured | | $0.00 | $40,615.67 | $40,615.67 |

Page 1                                                                                          Printed: March 13, 2019

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 16-03378                                                                                        Date: March 13, 2019

Debtor Name: Dennis Z. Mrowicki

Claims Bar Date: 9/28/2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 4<br>300<br>7100 | Raymond R Nolasco<br>3815 Progress Blvd., Suite A<br>Peru, Il 61354 | Unsecured | | $0.00 | $4,780.00 | $4,780.00 |
| 2<br>380<br>7300 | Internal Revenue Service<br>Po Box 7346<br>Philadelphia, Pa 19101 | Unsecured | | $0.00 | $8,799.32 | $8,799.32 |
| 2<br>400<br>4300 | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, Pa 19114 | Secured | | $0.00 | $33,700.00 | $33,700.00 |
| | Case Totals | | | $0.00 | $167,639.12 | $167,639.12 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Printed: March 13, 2019

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-03378
Case Name: Dennis Z. Mrowicki
         Kristine A. Mrowicki
Trustee Name: Joji Takada, Chapter 7 Trustee

|  | Balance on hand | $ | 15,590.01 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | Internal Revenue Service | $    33,700.00 | $    33,700.00 | $    0.00 | $    11,754.37 |

|  | Total to be paid to secured creditors | $ | 11,754.37 |
|  | Remaining Balance | $ | 3,835.64 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $    2,950.00 | $    0.00 | $    2,950.00 |
| Trustee Expenses: Joji Takada | $    29.64 | $    0.00 | $    29.64 |
| Attorney for Trustee Fees: Leynaud and Leynaud | $    4,666.67 | $    4,666.67 | $    0.00 |
| Accountant for Trustee Fees: Callero and Callero LLP | $    856.00 | $    0.00 | $    856.00 |
| Other: Department of Treasury | $    585.00 | $    585.00 | $    0.00 |
| Other: Illinois Department of Revenue | $    490.84 | $    490.84 | $    0.00 |

|  | Total to be paid for chapter 7 administrative expenses | $ | 3,835.64 |
|  | Remaining Balance | $ | 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 63,453.06  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Internal Revenue Service | $        63,453.06 | $           0.00 | $           0.00 |

| | | | | |
|---|---|---|---|---|
| | Total to be paid to priority creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 52,108.59  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Advanta Bank Corporation | $         6,712.92 | $           0.00 | $           0.00 |
| 3 | Bank Of America, N.A. | $        40,615.67 | $           0.00 | $           0.00 |
| 4 | Raymond R Nolasco | $         4,780.00 | $           0.00 | $           0.00 |

| | | | | |
|---|---|---|---|---|
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 8,799.32  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 2 | Internal Revenue Service | $          8,799.32 | $            0.00 | $            0.00 |

Total to be paid to subordinated unsecured creditors          $                        0.00

Remaining Balance          $                        0.00